1  JAMES H. TURKEN (SBN 89618)
   turkenj@dicksteinshapiro.com
2  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
3  Los Angeles, CA 90067-3109
   Telephone: (310) 772-8300
4  Facsimile: (310) 772-8301

5  Attorneys for Defendants ROWE INTERNATIONAL CORP. and
   AMI ENTERTAINMENT, INC.

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  RICK CAVIGLIA, an individual; CLAYTON          Case No. 3:14-cv-04834 (JCS)
    CHRISMAN, an individual; RICCI ROMAGNESI,
    and individual; and TOM PIGOSKI, an individual, (Case assigned to Magistrate Judge Joseph
14                                                  C. Spero)

15                  Plaintiffs,                     **STIPULATION TO EXTEND TIME
                                                    TO RESPOND TO INITIAL
16           vs.                                    COMPLAINT BY 30 DAYS (L.R. 6-
                                                    1(A))**
17  ROWE INTERNATIONAL CORPORATION, a
    Delaware corporation; AMI ENTERTAINMENT,        Complaint Served:  Nov. 3, 2014
18  INC., a Delaware corporation; and DOES 1 to 20, Current Response Date:  Nov. 24, 2014
    inclusive,                                      New Response Date:  Dec. 24, 2014
19
                    Defendants.                     Complaint Filed:  Oct. 30, 2014
20                                                  Trial Date:  None Set

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

                                    1

1

## STIPULATION

2   Plaintiffs Rick Caviglia, Clayton Chrisman, Ricci Romagnesi and Tom Pigoski (collectively,

3   "Plaintiffs"), on the one hand, and Defendants Rowe International Corporation and AMI

4   Entertainment, Inc. (collectively, "Defendants"), on the other hand (sometimes referred to herein

5   collectively as the "Parties"), by and through their respective counsel, together hereby stipulate as

6   follows:

7   WHEREAS, Plaintiffs filed the initial Complaint in this matter on October 30, 2014;

8   WHEREAS, Defendants were served with the Summons and Complaint in this matter on

9   November 3, 2014;

10   WHEREAS, the statutory deadline for Defendants to serve and file their initial responsive

11   pleading(s) is November 24, 2014;

12   WHEREAS, Defendants have requested and Plaintiffs have agreed to extend the deadline for

13   Defendants to serve and file their initial responsive pleading(s) for a period of thirty (30) days, such

14   that Defendants' initial responsive pleading(s) will be due on or before December 24, 2014;

15   WHEREAS, the extension agreed to by the Parties for Defendants to serve and file their

16   initial responsive pleading(s) will not alter the date of any event or deadline already fixed by Order

17   of this Court.

18   NOW THEREFORE, in recognition of the foregoing, the Parties agree and stipulate that the

19   deadline for Defendants to serve and file their initial responsive pleading(s) shall be extended for a

20   period of thirty (30) days, from November 24, 2014 to December 24, 2014.

21   IT IS SO STIPULATED.

22   DATED:  November 24, 2014          HUNT JEPPSON & GRIFFIN, LLP

23

24   By: /s/ Tory Griffin
         Tory E. Griffin

25   Attorneys for Plaintiffs RICK CAVIGLIA, CLAYTON
     CHRISMAN, RICCI ROMAGNESI, and TOM
     PIGOSKI

26

27   \\\

28   \\\

DICKSTEIN
SHAPIRO LLP

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

DOCSLA-123949 v1

1    DATED:  November 24, 2014          DICKSTEIN SHAPIRO LLP

2

3                                       By: /s/ James H. Turken
                                            James H. Turken
4                                       Attorneys for Defendants ROWE INTERNATIONAL
                                        CORPORATION and AMI ENTERTAINMENT, INC.
5

6

7    Dated: 12/2/14

8

9                                       

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

3

DOCSLA-123949 v1