# DICKSTEIN SHAPIRO LLP

2049 Century Park East, Suite 700 | Los Angeles, CA 90067-3109
TEL (310) 772-8300 | FAX (310) 772-8301 | dicksteinshapiro.com

January 30, 2015

**VIA E-FILING**
The Honorable Joseph C. Spero
Chief Magistrate Judge
U.S. District Court - Northern District of CA
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Rick Caviglia, et al. v. Rowe International Corp., et al.*
     USDC, Case No. CV-04834 (JCS)

Your Honor:

Fawn Schanz and I are counsel for defendants Rowe International Corporation and AMI Entertainment Network, LLC in the above-entitled action.

This morning we were due to depart on a 9:50 a.m. flight on Southwest Airlines in order to attend a Case Management Conference scheduled for 2:00 p.m. this afternoon. This flight was cancelled so we proceeded to book the 11:05 a.m. Southwest flight, which, while seated in the plane at the gate, were advised that the air traffic controller had instituted a hold on our plane's departure for an indeterminate period of time.

We notified your courtroom deputy and were told that since we would be allowed to leave the plane, we could participate in the hearing telephonically and would be contacted at my office in order to do so.

We apologize for the inconvenience and thank you for your courtesy and consideration.

Sincerely,

*/s/ Jim Turken (CK)*

James H. Turken
(310) 772-8331 direct dial
turkenj@dicksteinshapiro.com

Dated: 1/30/15

IT IS SO ORDERED
*/s/ JCS*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JHT
cc: Tory E. Griffin, Hunt Jeppson & Griffin, LLP - Attorneys for Plaintiffs

Los Angeles | New York | Silicon Valley | Stamford | Washington, DC

DOCSLA-125301 v1