TORY E. GRIFFIN (SBN 186181)
**HUNT JEPPSON & GRIFFIN, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA  95661
Telephone:  (916) 780-7008
Facsimile:   (916) 780-7118

Attorneys for Plaintiffs
RICK CAVIGLIA, CLAYTON CHRISMAN,
RICCI ROMAGNESI, AND TOM PIGOSKI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| RICK CAVIGLIA, an individual; CLAYTON CHRISMAN, an individual; RICCI ROMAGNESI, an individual; and TOM PIGOSKI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROWE INTERNATIONAL CORP.; AMI ENTERTAINMENT, INC.,<br><br>Defendants. | NO.  3:14-CV-04834 (JCS)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own attorneys' fees and costs.

SO STIPULATED:

Dated: May 4, 2016              **HUNT JEPPSON & GRIFFIN, LLP**

BY:   */s/ Tory E. Griffin*
         TORY E. GRIFFIN
         Attorneys for Plaintiffs
         Rick Caviglia, Clayton Chrisman, Ricci Romagnesi and Tom Pigoski

- 1 -

Dated:  May 4, 2016     **Eisner Jaffe, A Professional Corporation**

By:  */s/ James H. Turken*
  James H. Turken
  Attorneys for Defendant AMI
  ENTERTAINMENT NETWORK, LLC

Dated: May 4, 2016



- 2 -

Stipulation for Dismissal with Prejudice